DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCEAN DRIVE WHOLESALE AND RETAIL LTD. CO.,**
a dissolved Florida limited liability company, and
**DEKEL SVORAI,**
Appellants,

v.

**SANDTON CAPITAL PARTNERS, L.P.,** and
**N427TL, LLC,** a dissolved Florida limited liability company,
Appellees.

No. 4D21-1586

[May 5, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE10-33527.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellants.

Riley W. Cirulnick of Lorium Law, Fort Lauderdale, for appellee Sandton Capital Partners, L.P.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***